# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| GREGORY PAPE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 18-cv-01481 |
| ) | Judge Rebecca R. Pallmeyer |
| MARK BRAATEN, *et al.*, ) | Magistrate Judge Maria Valdez |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties hereto have entered into and signed a written Settlement Agreement with an effective date of November 18, 2022. Pursuant to the Order entered by this Court on November 4, 2022 (Doc. 262) and Rules 41(a)(1)(A)(ii) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, the parties hereto, by and through their undersigned counsel, jointly submit this Stipulation of Dismissal of this action without prejudice, with each party to bear its own costs and fees (including attorneys' fees). Pursuant to the Settlement Agreement, the settlement payment will be made by December 19, 2022, at which time the parties stipulate and agree that this dismissal shall convert to a dismissal with prejudice.

Respectfully submitted by:

/s/ *Jordan B. Dorrestein*
Jordan B. Dorrestein
JD Law, LLC
10 Illinois St. Suite 110
St. Charles, IL 60174
jordan@jdlawllc.com
*Attorneys for Plaintiffs*

/s/ *Hillard M. Sterling*
Hillard M. Sterling
CLAUSEN MILLER
10 South LaSalle Street, Suite 1600
Chicago, IL 60603
hsterling@clausen.com
*Attorneys for Defendants Mark Braaten and Mark Braaten, Inc.*

| | |
|---|---|
| /s/ *Rebecca Rothmann* | /s/ *John H. Scheid, Jr.* |
| Rebecca Rothmann | John H. Scheid, Jr. |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | PRETZEL & STOUFFER, CHARTERED |
| 55 W. Monroe St., Suite 3800 | One S. Wacker Drive, Suite 2500 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| rebecca.rothmann@wilsonelser.com | jscheid@pretzel-stouffer.com |
| *Attorneys for Defendant Pacific Life Insurance Company* | *Attorneys for Defendant Rohe Levy* |